UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                    Case No. 14-CR-120

MICHAEL P CANTRELL,

      Defendant,

## ORDER GRANTING DEFENDANT'S MOTION TO ADJOURN

The defendant in the above matter has filed a motion to adjourn the trial for a period of 60 days. The trial is currently scheduled for August 18, 2014, with a final pre-trial conference on August 8, 2014. Defendant argues that the ends of justice served by the adjournment outweigh the best interest of the public and the defendant in a speedy trial. More specifically, counsel argues that additional time is necessary to investigate and interview witnesses and to advise your client concerning his options. The prosecution does not object and the defendant is currently in custody. Having considered the affidavit of counsel, the Court concludes that the motion should be granted. Counsel indicates they need to interview additional witnesses, some of whom need to be reinterviewed based upon newly discovered evidence and others who have been difficult to locate. In addition, counsel indicates the need to retain experts to assist in reviewing and analyzing evidence. Counsel indicates that these things cannot be accomplished in time for the currently-scheduled trial. She also indicates that she needs time to not only to prepare for trial and investigate the case, but to further discuss with her client his options.

Based upon the foregoing, the Court concludes that the interests of justice in providing the defendant a fair trial with properly-prepared counsel outweigh the interest of the public and the defendant in a speedy trial. Accordingly, the motion is granted and the clerk is directed to reschedule the matter for trial on a date in late October or shortly thereafter.

Dated this __1st__ day of August, 2014.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court